**Fill in this information to identify the case:**

Debtor name **Life of Purpose LLC**

United States Bankruptcy Court for the: EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known) **19-12500(MDC)**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals      12/15

| Part 1: | Summary of Assets |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*.................................................................... $ 0.00

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................ $ 302,590.66

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*.................................................................. $ 302,590.66

| Part 2: | Summary of Liabilities |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*...................... $ 27,322,435.27

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 40,408.10

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$ 503,623.05

4. **Total liabilities** ......................................................................................
   Lines 2 + 3a + 3b

   $ 27,866,466.42

| Fill in this information to identify the case: |
| --- |

| Debtor name | **Life of Purpose LLC** |
| --- | --- |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **19-12500(MDC)** |

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

**3.**    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **Centerstate Bank of Florida** | **Operating** | 8442 | $4,084.07 |
| 3.2. | **Centerstate Bank of Florida** | **Reserve Account** | 0506 | $168.69 |

**4.**    **Other cash equivalents** *(Identify all)*

**5.**    **Total of Part 1.**    $4,252.76
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

**7.**    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | Security Deposit | |
| --- | --- | --- |
| 7.1. | **Boca R & D Project 7, LLC** | $61,218.40 |
| 7.2. | Security Deposit **Milo Realty** | $50,000.00 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Life of Purpose LLC** | Case number (if known) **19-12500(MDC)** |
|---|---|---|
| | Name | |

|  | **Security/Escrow Deposit (credit card processing deposit - account no. 003930098168551)** | |
| 7.3. | **Merchant Services/Availity** | $52,500.00 |

|  | **Deposit** | |
| 7.4. | **Florida Power and Light (account no. 1609464332)** | $785.00 |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**
   Add lines 7 through 8. Copy the total to line 81.                                                    $164,503.40

**Part 3:** Accounts receivable

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:     **144,450.00**     -     **114,115.50**     = ....     $30,334.50
                              face amount                doubtful or uncollectible accounts

11b. Over 90 days old:     **TO BE SUPPLIED**          ....
                           face amount                doubtful or uncollectible accounts

12. **Total of Part 3.**
    Current value on lines 11a + 11b = line 12.  Copy the total to line 82.                            $30,334.50

**Part 4:** Investments

13. **Does the debtor own any investments?**

☐ No. Go to Part 5.
■ Yes Fill in the information below.

|  |  | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                          % of ownership

15.1.  **Life in Progress LLC**                    **100**    %                              **Unknown**

16. **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
    Describe:

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Life of Purpose LLC** | Case number *(If known)* **19-12500(MDC)** |
|---|---|---|
| | Name | |

**17.  Total of Part 4.**

Add lines 14 through 16.  Copy the total to line 83.

$0.00

---

**Part 5:**    Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

---

**Part 6:**    Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

---

**Part 7:**    Office furniture, fixtures, and equipment; and collectibles

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Miscellaneous Office Furniture located at 3848 FAU Blvd., Suite 100, Boca Raton, FL** | $25,000.00 | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Miscellaneous office equipment including all computer equipment, systems, and software** | $15,000.00 | | Unknown |
| 42. | **Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |

**43.  Total of Part 7.**

Add lines 39 through 42.  Copy the total to line 86.

$0.00

**44.  Is a depreciation schedule available for any of the property listed in Part 7?**

■ No
☐ Yes

**45.  Has any of the property listed in Part 7 been appraised by a professional within the last year?**

■ No
☐ Yes

---

**Part 8:**    Machinery, equipment, and vehicles

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

---

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 3

| Debtor | **Life of Purpose LLC** | | Case number *(if known)* | **19-12500(MDC)** |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. | 2013 Toyota Highlander | Unknown | | $10,000.00 |
| 47.2. | 2013 Mercedes Sprinter 250 | Unknown | | $15,000.00 |
| 47.3. | 2014 Mercedes Sprinter 250 | Unknown | | $12,500.00 |
| 47.4. | 2016 Ford Transit | Unknown | | $20,000.00 |
| 47.5. | 2017 Ford Escape (Lease) | Unknown | | Unknown |
| 47.6. | 2017 BMW X5 | Unknown | | $46,000.00 |

**48.**    **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.**    **Aircraft and accessories**

| **50.** | **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)**<br>Printer/Scanner (Lease)<br>Konica Minolta Bizhub C224e | Unknown | | Unknown |
|---|---|---|---|---|
| | Printer/Scanner (Lease)<br>Konica Minolta Bizhub C224e | Unknown | | Unknown |

**51.**    **Total of Part 8.**

Add lines 47 through 50.  Copy the total to line 87.

> $103,500.00

**52.**    **Is a depreciation schedule available for any of the property listed in Part 8?**

■ No
☐ Yes

**53.**    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

■ No
☐ Yes

**Part 9:**   **Real property**

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:**   **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

Schedule A/B Assets - Real and Personal Property

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Life of Purpose LLC**
    Name

Case number *(If known)* **19-12500(MDC)**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. Patents, copyrights, trademarks, and trade secrets | | | |
| **Life of Purpose Trademark** | | | |
| **Trademark Registration No. 4,686,995** | **Unknown** | | **Unknown** |
| 61. **Internet domain names and websites** | | | |
| **www.lifeofpurposetreatment.com** | **Unknown** | | **Unknown** |
| **www.loptreatment.com** | **Unknown** | | **Unknown** |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** | | | |
| **Life of Purpose Name** | **Unknown** | | **Unknown** |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$0.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
  ■ No
  ☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
  ■ No
  ☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
  ■ No
  ☐ Yes

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

  ■ No.  Go to Part 12.
  ☐ Yes Fill in the information below.

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor   **Life of Purpose LLC**                                    Case number *(If known)* **19-12500(MDC)**
         Name

---

| Part 12: | Summary |
|---|---|

In Part 12 copy all of the totals from the earlier parts of the form

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $4,252.76 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $164,503.40 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $30,334.50 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $103,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $302,590.66 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $302,590.66 |

**Fill in this information to identify the case:**

Debtor name    **Life of Purpose LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-12500(MDC)**

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:     List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|

**2.1  Ally Financial**
Creditor's Name

**P.O. Box 380901**
**Bloomington, MN 55438**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2013 Mercedes Sprinter 250**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$2,933.00**   Column B: **$15,000.00**

---

**2.2  BMW Financial Services**
Creditor's Name

**P.O. Box 78066**
**Phoenix, AZ 85062-8066**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

Describe debtor's property that is subject to a lien
**2017 BMW X5**

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$53,098.29**   Column B: **$46,000.00**

---

Official Form 206D                    Schedule D: Creditors Who Have Claims Secured by Property                    page 1 of 3

| Debtor | **Life of Purpose LLC** | | Case number (if known) | **19-12500(MDC)** |
|---|---|---|---|---|
| | Name | | | |

☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Credit** | **Describe debtor's property that is subject to a lien** | $11,107.96 | $20,000.00 |
|---|---|---|---|---|
| | Creditor's Name | **2016 Ford Transit** | | |

**P.O. Box 790119**
**St. Louis, MO 63179-0119**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Internal Revenue Service** | **Describe debtor's property that is subject to a lien** | $200,868.23 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Substantially of of the Debtor's Assets** | | |

**P.O. Box 7346**
**Philadelphia, PA**
**19101-7346**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Oxford Finance LLC** | **Describe debtor's property that is subject to a lien** | $27,054,427.79 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **Substantially all of the Debtor's Assets** | | |

**Attn: Joseph Somerset,**
**Managing Director**
**133 North Fairfax Street**
**Alexandria, VA 22314**
Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☑ No

---

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Life of Purpose LLC**

Name

Case number (if know)    **19-12500(MDC)**

| | |
|---|---|
| Creditor's email address, if known | ☐ Yes |
| | **Is anyone else liable on this claim?** |
| **Date debt was incurred** | ☐ No |
| | ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| **Last 4 digits of account number** | |

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.

$27,322,435.
27

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

---

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Life of Purpose LLC** |
| United States Bankruptcy Court for the: | EASTERN DISTRICT OF PENNSYLVANIA |
| Case number (if known) | **19-12500(MDC)** |

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507.)

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
    with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Alexander Chase**<br>**280 NW 20th Street**<br>**Boca Raton, FL 33431** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $642.15 | $642.15 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Alexis Rossi**<br>**1743 Village Blvd., Apt. 303**<br>**West Palm Beach, FL 33409** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $625.38 | $625.38 |
| | Date or dates debt was incurred | Basis for the claim: | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Life of Purpose LLC | Case number (if known) | 19-12500(MDC) |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $935.70 | $935.70 |

**Amanda Maggiore**
**4790 Glenn Pine Lane**
**Boynton Beach, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,445.88 | $12,850.00 |

**Andrew Maggiore**
**4790 Glenn Pike Lane**
**Boynton Beach, FL 33436**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,461.54 | $2,461.54 |

**Andrew U. Burki**
**931 Oriental Avenue**
**Collingswood, NJ 08108-2041**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $112.06 | $112.06 |

**Brian R. Biglin**
**180 Lake Monterey Circle**
**Boynton Beach, FL 33426**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

| Debtor | **Life of Purpose LLC** | Case number (if known) | **19-12500(MDC)** |
| --- | --- | --- | --- |
| | Name | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $461.54 | $461.54 |
| --- | --- | --- | --- | --- |

**Claire Condon**
**1365 Crystal Way, Apt. C**
**Delray Beach, FL 33444-1022**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $413.08 | $413.08 |
| --- | --- | --- | --- | --- |

**Claire Teifer**
**295 NW 15th Street**
**Boca Raton, FL 33432**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $69.04 | $69.04 |
| --- | --- | --- | --- | --- |

**Corynne Carranza**
**12431 NW 52nd Court**
**Coral Springs, FL 33076**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.85 | $403.85 |
| --- | --- | --- | --- | --- |

**Daniel Clark**
**612 Anderson Circle, Apt. 211**
**Deerfield Beach, FL 33441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| Debtor | **Life of Purpose LLC** | | Case number (if known) | **19-12500(MDC)** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $943.08 | $943.08 |
|---|---|---|---|---|

**Deena Brady**
9852 Kamena Circle
Boynton Beach, FL 33436

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.67 | $180.67 |
|---|---|---|---|---|

**Ian O'Brien**
902 Spring Circle, Apt. 102
Deerfield Beach, FL 33441

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,876.94 | Unknown |
|---|---|---|---|---|

**Internal Revenue Service**
P.O. Box 7346
Philadelphia, PA 19101-7346

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**941 Taxes for 1st Quarter of 2019**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,076.93 | $3,076.93 |
|---|---|---|---|---|

**Kerry Coyle**
3010 Church Hill Drive
Boynton Beach, FL 33435

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Life of Purpose LLC**
          Name                                                      Case number (if known)    **19-12500(MDC)**

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $885.38 | $885.38 |

**Lyubomir Chinkov**
**4310 Tuscany Way**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | | $452.42 | $452.42 |

**Samuel Parker**
**112 SW 9th Avenue**
**Boynton Beach, FL 33435**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | | $1,038.46 | $1,038.46 |

**Sarah Babaa**
**7177 Sandgrace Lane**
**Lake Worth, FL 33462**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | | $384.00 | $384.00 |

**Vincent Baker-Drago**
**16620 NW 77th Place**
**Miami Lakes, FL 33016**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Part 2: | **List All Creditors with NONPRIORITY Unsecured Claims** |

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

**Amount of claim**

| Debtor | **Life of Purpose LLC** | Case number (if known) | **19-12500(MDC)** |
|---|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,426.01 |
|---|---|---|---|

**American Express 41002**
**P.O. Box 650448**
**Dallas, TX 75265**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $47,305.51 |
|---|---|---|---|

**American Express 63009**
**P.O. Box 650448**
**Dallas, TX 75265**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,829.00 |
|---|---|---|---|

**Amtrust**
**P.O. Box 6939**
**Cleveland, OH 44101-1939**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $65,000.00 |
|---|---|---|---|

**Andrew Maggiore**
**4790 Glenn Pine Lane**
**Boynton Beach, FL 33436**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,180.33 |
|---|---|---|---|

**Andrew U. Burki**
**931 Oriental Avenue**
**Collingswood, NJ 08108-2041**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,625.00 |
|---|---|---|---|

**Aspen Air Conditioning**
**3999 North Dixie Highway**
**Boca Raton, FL 33431**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $76,651.78 |
|---|---|---|---|

**Boca R & D Project 7 LLC**
**P.O. Box 860386**
**Minneapolis, MN 55486-0386**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Life of Purpose LLC** | | Case number (if known) | **19-12500(MDC)** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $23,239.41 |
|---|---|---|---|

**Capital One**
P.O. Box 60599
City of Industry, CA 91716-0599

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,793.30 |
|---|---|---|---|

**Chase**
P.O. Box 1423
Charlotte, NC 28201-1423

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $2,055.36 |
|---|---|---|---|

**Crystal Building Maintenance**
P.O. Box 18023
West Palm Beach, FL 33416

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $688.35 |
|---|---|---|---|

**Daon Trusted Identity Service**
601 Madison Street, Suite 400
Alexandria, VA 33416

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $531.17 |
|---|---|---|---|

**DEX Imaging**
P.O. Box 17299
Clearwater, FL 33762-0299

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,865.25 |
|---|---|---|---|

**Great America Financial Services Corp.**
P.O. Box 660831
Dallas, TX 75266-0831

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $15.60 |
|---|---|---|---|

**Guardian**
P.O. Box 677458
Dallas, TX 75267-7458

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Life of Purpose LLC | Case number (if known) | 19-12500(MDC) |
|---|---|---|---|
| | Name | | |

---

**3.15**

**Nonpriority creditor's name and mailing address**

**Infinity Behavioral Health**
**29001 Stirling Road, Suite 300**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$5,004.54

---

**3.16**

**Nonpriority creditor's name and mailing address**

**Integrity Billing**
**1630 S. Congress Avenue, Suite 102**
**Palm Springs, FL 33414**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$16,010.53

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Julie Reinoso**
**3215 NW 118th Drive**
**Coral Springs, FL 33065**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,175.00

---

**3.18**

**Nonpriority creditor's name and mailing address**

**K & L Gates**
**1601 K Street N.W.**
**Washington, DC 20006-1600**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$1,550.00

---

**3.19**

**Nonpriority creditor's name and mailing address**

**KIPU Systems**
**55 Alhambra Plaza, 6th Floor**
**Coral Gables, FL 33134**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$2,800.00

---

**3.20**

**Nonpriority creditor's name and mailing address**

**LG Nutrition**
**1304 Orange Isle**
**Fort Lauderdale, FL 33315**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$651.00

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Maggiore Consulting**
**4790 Glenn Pine Lane**
**Boynton Beach, FL 33436**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

$34,000.00

---

| Debtor | **Life of Purpose LLC** | | Case number (if known) | **19-12500(MDC)** |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
| --- | --- | --- | --- |

**Milo Realty**
**c/o David Loring**
**113 Willowleaf Drive**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $850.00 |
| --- | --- | --- | --- |

**Mulford Consulting**
**1780 Palm Cove Blvd., Apt. 109**
**Delray Beach, FL 33445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $341.11 |
| --- | --- | --- | --- |

**Neeld Paper & Supplies**
**3020 SE 10th Street**
**Pompano Beach, FL 33069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $14,565.00 |
| --- | --- | --- | --- |

**Publix**
**P.O. Box 32009**
**Lakeland, FL 33802-2009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $280.00 |
| --- | --- | --- | --- |

**Razorback Electric**
**5170 Garfield Road**
**Delray Beach, FL 33484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $100,000.00 |
| --- | --- | --- | --- |

**Regula E. Burki**
**2915 Vine Street**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $396.55 |
| --- | --- | --- | --- |

**Sachs Sax Caplan Attorneys at Law**
**6111 Broken Sound Parkway NW, Suite 200**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Life of Purpose LLC | Case number (if known) | 19-12500(MDC) |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$400.00**

**Sarah E. Mehan**
**3285 Churchill Drive**
**Boynton Beach, FL 33435**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$76.00**

**Shred Assured, Inc.**
**P.O. Box 213321**
**Royal Palm Beach, FL 33421**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,506.25**

**South Florida Psychiatric Services, Inc.**
**2225 North University Drive**
**Pembroke Pines, FL 33024**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$58.00**

**Total Compliance Network**
**51080 West Atlantic Avenue, Suite 119**
**Delray Beach, FL 33484**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,148.00**

**Treatment Communities of America**
**2200 Pennsylvania Avenue NW, Room 4075**
**Washington, DC 20037**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$625.00**

**UA Cups**
**701 S. Swinton Avenue**
**Delray Beach, FL 33444**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,980.00**

**UA Labs - Laboratory Services LLC**
**701 S. Swinton Avenue, Apt. G**
**Delray Beach, FL 33444-2377**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**    **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Debtor | **Life of Purpose LLC** | Case number (if known) | **19-12500(MDC)** |
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Holland & Knight** **Attn: Nicholas G. Milano** **515 East Las Olas Blvd, Suite 12000** **Fort Lauderdale, FL 33301** | Line **3.22** ☐ Not listed. Explain ____ | _ |

---

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  **Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 40,408.10 |
| 5b. Total claims from Part 2 | 5b. + | $ | 503,623.05 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ | 544,031.15 |

**Fill in this information to identify the case:**

Debtor name __**Life of Purpose LLC**__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF PENNSYLVANIA__

Case number (if known) __**19-12500(MDC)**__

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 3848 FAU Blvd., Suite 100 Boca Raton, FL 33431 | |
| | State the term remaining | 89 months (September 30, 2026) | Boca R & D Project 7, LLC c/o Daryl Perkowski 3998 FAU Boulevard, Suite 307 Boca Raton, FL 33431 |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease of (2) Konica Minolta Bizhub C224e Printers/Scanners | |
| | State the term remaining | February 11, 2020 | DEX Imaging 2500 N. Andrews Avenue Pomano Beach, FL 33064 |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 2017 Ford Escape | |
| | State the term remaining | | Ford Credit P.O. Box 105704 Atlanta, GA 30348 |
| | List the contract number of any government contract | October 8, 2020 | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | Lease of 280 NW 20th Street, Boca Raton, FL 33431 | |
| | State the term remaining | 15 months (June 30, 2020) | Milo Realty c/o David Loring 113 Willowleaf Drive Littleton, CO 08012-7000 |
| | List the contract number of any government contract | | |

Fill in this information to identify the case:

Debtor name    **Life of Purpose LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)    **19-12500(MDC)**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **1146 Stump Road, LLC** | **1035 Virginia Drive, Suite 130**<br>**Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.2 | **155 Pleasant Valley Road LLC** | **1035 Virginia Drive, Suite 130**<br>**Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.3 | **650 Church Road, LLC** | **1035 Virginia Drive, Suite 130**<br>**Fort Washington, PA 19034** | **Oxford Finance LLC** | ■ D __2.5__<br>☐ E/F ____<br>☐ G ____ |
| 2.4 | **Andrew Burki** | **931 Oriental Avenue**<br>**Collingswood, NJ 08108** | **Capital One** | ☐ D ____<br>■ E/F __3.8__<br>☐ G ____ |
| 2.5 | **Andrew Burki** | **931 Oriental Avenue**<br>**Collingswood, NJ 08108** | **Chase** | ☐ D ____<br>■ E/F __3.9__<br>☐ G ____ |

| Debtor | **Life of Purpose LLC** | | Case number *(if known)* | **19-12500(MDC)** |

▬ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                  *Column 2:* **Creditor**

| 2.6 | Andrew Burki | 931 Oriental Avenue<br>Collingswood, NJ 08108 | Internal Revenue<br>Service | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | Andrew Burki | 931 Oriental Avenue<br>Collingswood, NJ 08108 | Milo Realty | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.8 | Andrew<br>Maggiore | 4790 Glenn Pike Lane<br>Boynton Beach, FL 33436 | American Express<br>41002 | ☐ D _____<br>■ E/F ___3.1___<br>☐ G _____ |
| 2.9 | Andrew<br>Maggiore | 4790 Glenn Pine Lane<br>Boynton Beach, FL 33436 | Ford Credit | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | Andrew<br>Maggiore | 4790 Glenn Pike Lane<br>Boynton Beach, FL 33436 | BMW Financial<br>Services | ■ D ___2.2___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | Andrew<br>Maggiore | 4790 Glenn Pike Lane<br>Boynton Beach, FL 33436 | Milo Realty | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |
| 2.12 | City Line<br>Behavioral<br>Healthcare LLC | 1035 Virginia Drive, Suite 130<br>Fort Washington, PA 19034 | Internal Revenue<br>Service | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | City Line<br>Behavioral<br>Healthcare LLC | 1035 Virginia Drive, Suite 130<br>Fort Washington, PA 19034 | Milo Realty | ☐ D _____<br>■ E/F ___3.22___<br>☐ G _____ |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor    **Life of Purpose LLC**                                              Case number *(if known)*   **19-12500(MDC)**

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.14 | City Line Behavioral Healthcare, LLC | 1035 Virginia Drive, Suite 130 Fort Washington, PA 19034 | Oxford Finance LLC | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
|---|---|---|---|---|
| 2.15 | Donald Campbell | 931 Oriental Avenue Collingswood, NJ 08108 | Internal Revenue Service | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.16 | Donald Campbell | 931 Oriental Avenue Collingswood, NJ 08108 | American Express 63009 | ☐ D ____ ■ E/F __3.2__ ☐ G ____ |
| 2.17 | Life in Progress LLC | 1035 Virginia Drive, Suite 130 Fort Washington, PA 19034 | Oxford Finance LLC | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.18 | Life of Purpose-Pennsylvania, LLC | 1035 Virginia Drive, Suite 130 Fort Washington, PA 19034 | Oxford Finance LLC | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.19 | MCI Real Estate Holdings, LLC | 1035 Virginia Drive, Suite 130 Fort Washington, PA 19034 | Oxford Finance LLC | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.20 | Regual Burki | 931 Oriental Avenue Collingswood, NJ 08108 | Internal Revenue Service | ☐ D ____ ■ E/F __2.13__ ☐ G ____ |
| 2.21 | Andrew Maggiore | 4790 Glenn Pike Lane Boynton Beach, FL 33436 | Ford Credit | ☐ D ____ ☐ E/F ____ ■ G __2.3__ |

In re   Life of Purpose LLC _____      Case No. 19-12500(MDC) ___

                              Debtor                      Chapter _____ 7 _____

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

    I, Drew Rothermel, Sole Member of the Debtor, declare under penalty of perjury that I have read the foregoing Summary of Schedules and Schedules, and any attachments thereto, and that they are true and correct to the best of my knowledge, information and belief.

                              **LIFE OF PURPOSE LLC**

                              By: _____
                                    Drew Rothermel, Sole Member

Dated: May 1, 2019

| Fill in this information to identify the case: |
| --- |

Debtor name   **Life of Purpose LLC**

United States Bankruptcy Court for the:   EASTERN DISTRICT OF PENNSYLVANIA

Case number (if known)   **19-12500(MDC)**

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy       04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:**   **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2019** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $434,058.46 |
   | **For prior year:**<br>From  **1/01/2018** to **12/31/2018** | ■ Operating a business<br>☐ Other _____ | $2,015,491.90 |
   | **For year before that:**<br>From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | $3,564,814.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**   **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
   | --- | --- | --- | --- |

| Debtor | Life of Purpose LLC | Case number *(if known)* | 19-12500(MDC) |
|---|---|---|---|

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | See "SOFA 3" attached hereto. | | $620,568.25 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>☐ Other__ |

**4.** **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | Andrew U. Burki<br>931 Oriental Avenue<br>Collingswood, NJ 08108-2041 | 4/1/18<br>through<br>11/21/18 | $63,254.09 | Wages |
| 4.2. | Andrew Maggiore<br>4790 Glenn Pine Lane<br>Boynton Beach, FL 33436 | 4/1/18<br>through<br>11/21/18 | $47,697.22 | Wages |

**5.** **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6.** **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | Legal Actions or Assignments |
|---|---|

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

**8.** **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

Debtor   **Life of Purpose LLC**                                          Case number *(if known)*  **19-12500(MDC)**

---

**Part 4:**   **Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| 9.1.  **See "SOFA 9" attached hereto.** | | | $47,162.00 |
| Recipients relationship to debtor | | | |

---

**Part 5:**   **Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:**   **Certain Payments or Transfers**

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Karalis PC 1900 Spruce Street Philadelphia, PA 19103** | | | $5,960.00 |
| Email or website address **www.karalislaw.com** | | | |
| Who made the payment, if not debtor? **Oxford Finance LLC** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within

| Debtor | **Life of Purpose LLC** | Case number *(if known)* | **19-12500(MDC)** |
| --- | --- | --- | --- |

2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
| --- | --- | --- | --- |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
| --- | --- |

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

☐ No. Go to Part 9.
■ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care 0 |
| --- | --- | --- |
| 15.1.   **See Below** | **Substance Abuse and Mental Health Provider** | |
| | Location where patient records are maintained *(if different from facility address)*. If electronic, identify any service provider.<br>**Electronic Medical Records are housed in KIPU Systems, 55 Alhambra Plaza, 6th Floor, Miami, FL 33134**<br><br>**Hard Copy Medical Records are catalogued and stored in a locked closet at 3848 FAU Blvd., Suite 100, Boca Raton, FL 33431** | How are records kept?<br><br>*Check all that apply:*<br><br>■ Electronically<br>■ Paper |

## Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

**Patient records are thorough and detail SSN, insurance company, billing and personal address**

Does the debtor have a privacy policy about that information?
■ No
☐ Yes

| Debtor | **Life of Purpose LLC** | Case number *(if known)* | **19-12500(MDC)** |
|---|---|---|---|

17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?

   ■ No. Go to Part 10.
   ☐ Yes. Does the debtor serve as plan administrator?

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
   Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
   Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

   ■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
   List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

   ■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
   List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

   ■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

21. **Property held for another**
   List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

   ■ None

**Part 12:   Details About Environment Information**

For the purpose of Part 12, the following definitions apply:
   *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

   *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

   *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

Debtor    **Life of Purpose LLC**                                        Case number *(if known)*  **19-12500(MDC)**

---

■ No.
☐ Yes. Provide details below.

| Case title | Court or agency name and | Nature of the case | Status of case |
| Case number | address | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and | Environmental law, if known | Date of notice |
| | address | | |

**Part 13:   Details About the Debtor's Business or Connections to Any Business**

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number |
| | | Do not include Social Security number or ITIN. |
| | | |
| | | Dates business existed |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Andrew Maggiore**<br>**4790 Glenn Pine Lane**<br>**Boynton Beach, FL 33436** | **1/1/13 through present** |
| 26a.2.   **Sofia Moyet**<br>**6662 Boca Del Mar Drive**<br>**Boca Raton, FL 33433** | **5/2/16 through 4/2/19** |
| 26a.3.   **Boca Accounting**<br>**Attn:  Ted Piquinto**<br>**190 NW Spanish River Blvd., Suite 200**<br>**Boca Raton, FL 33431** | **12/1/13 through 10/1/18** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

---

| Debtor | Life of Purpose LLC | Case number (if known) | 19-12500(MDC) |
|---|---|---|---|

**Name and address**

Date of service
From-To

26b.1.   **Andrew Maggiore**
**4790 Glenn Pine Lane**
**Boynton Beach, FL 33436**

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

**Name and address**

**If any books of account and records are unavailable, explain why**

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

27. **Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Rothermel | 1402 Dakota Drive
Jupiter, FL 33438 | Chief Executive Officer | |
| Name | Address | Position and nature of any interest | % of interest, if any |
| Tom Leahey | c/o Windham Brannon
3630 Peachtree Road NE
Atlanta, GA 30326 | Chief Financial Officer | |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew U. Burki | 931 Oriental Avenue
Collingswood, NJ 08108-2041 | Chief Executive Officer | Until 11/21/18 |
| Name | Address | Position and nature of any interest | Period during which position or interest was held |
| Andrew Maggiore | 4790 Glenn Pine Lane
Boynton Beach, FL 33436 | Chief Financial Officer | Until 11/21/18 |

| Debtor | **Life of Purpose LLC** | | Case number *(if known)*  **19-12500(MDC)** |
|---|---|---|---|

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Samuel Cambell** | | | Until 11/21/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Regula Burki** | **931 Oriental Avenue**<br>**Collingswood, NJ 08108** | | Until 11/21/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Donald Campbell** | **931 Oriental Avenue**<br>**Collingswood, NJ 08108** | | Until 11/21/18 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| **Fred Burki** | **931 Oriental Avenue**<br>**Collingswood, NJ 08108** | | Until 11/21/18 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

■ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

**"SOFA 3"**
**90 Day Payments**

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount |
|---|---|---|---|---|---|---|---|---|
| Check | 01/02/2019 | 5790 | Treasurer, State of New Jersey | Facility# 2000070 - License Renewal 2019 | | * | 61010 - Licenses & Certifications | -750.00 |
| Bill Pmt -Check | 01/02/2019 | 5791 | AT & T | Acct# 287253346627 - Wireless | | | 20000 · Accounts Payable | -1,418.03 |
| Bill Pmt -Check | 01/02/2019 | 5792 | Kristin V. Altonio | December 2018 Group - 13 hrs. | | | 20000 · Accounts Payable | -715.00 |
| Bill Pmt -Check | 01/02/2019 | 5793 | LG Nutrition LLC | 12/17/18 & 12/31/18 | | | 20000 · Accounts Payable | -330.00 |
| Bill Pmt -Check | 01/02/2019 | 5794 | Mulford Consulting LLC | December 2018 Group - 15 hrs. | | | 20000 · Accounts Payable | -750.00 |
| Bill Pmt -Check | 01/02/2019 | 5795 | Sana Counseling LLC | December 2018 Group - 18 hrs. | | | 20000 · Accounts Payable | -900.00 |
| Bill Pmt -Check | 01/02/2019 | 5796 | Sachs Sax Caplan Attorneys at Law | 145747 | | | 20000 · Accounts Payable | -1,918.65 |
| Bill Pmt -Check | 01/02/2019 | 5797 | Seahorse Therapies, LLC | January 2019 | | | 20000 · Accounts Payable | -650.00 |
| Bill Pmt -Check | 01/02/2019 | 5798 | Blue Cross and Blue Shield of Florida | Teresa Sofia Moyet - Contract # H25994594 Partial Payment | | • | 20000 · Accounts Payable | -240.00 |
| Bill Pmt -Check | 01/02/2019 | 5799 | Ms. Sofia Moyet | Reimbursement for Nichole Carter Overnight PR Chk | | | 20000 · Accounts Payable | -24.70 |
| Bill Pmt -Check | 01/02/2019 | 5800 | 2001 Nutrition Services, Inc. | 1 Nutritional Lecture and Chairing - November 2018 Group | | | 20000 · Accounts Payable | -150.00 |
| Check | 01/02/2019 | Online Pmt | Ford Credit | January 2019 | | | 60250 · Auto Finance | -656.75 |
| Check | 01/02/2019 | Online Pmt | AT & T | January 2019 | | | 60100 · Telephone Expense | -333.00 |
| Bill Pmt -Check | 01/02/2019 | 5801 | DEX Imaging | DX23170-03 | | | 20000 · Accounts Payable | -33.56 |
| Bill Pmt -Check | 01/02/2019 | 5802 | KIPU Systems | December 2018 | | | 20000 · Accounts Payable | -1,310.00 |
| Bill Pmt -Check | 01/02/2019 | 5803 | Shred Assured, Inc. | SA41966 | | | 20000 · Accounts Payable | -38.00 |
| Bill Pmt -Check | 01/02/2019 | 5804 | AT & T | Acct# 561-299-3769 | | | 20000 · Accounts Payable | -201.46 |
| Check | 01/03/2019 | Online Pmt | Authorize.Net | | | | 20000 · Accounts Payable | -2,633.10 |
| Check | 01/03/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | | | 58000 · Credit Card Processing Fees | -25.00 |
| Check | 01/03/2019 | 5805 | Heather Ferris | Expense Reibursement 11/28-12/31/18 | | | 60400 · Bank Service Charges | -15.00 |
| Check | 01/03/2019 | 5806 | Sarah E. Mehan | 12 Groups - December 2018 | | | 20000 · Accounts Payable | -920.39 |
| Bill Pmt -Check | 01/03/2019 | | Sarah Babaa | | | | 20000 · Accounts Payable | -300.00 |
| Check | 01/04/2019 | | Vincent Baker-Drago | Pay Period: 12/22/2018-01/04/2019 | | | 20000 · Accounts Payable | -201.46 |
| Check | 01/04/2019 | | Brian R. Biglin | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -409.90 |
| Check | 01/04/2019 | | Kerry Coyle | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -897.15 |
| Check | 01/04/2019 | | Claire Condon | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,398.36 |
| Check | 01/04/2019 | | Nicholas Davis | Direct Deposit 2 | | | 10000 · CenterState Operating-150058422 | -475.00 |
| Check | 01/04/2019 | | Andrew U. Burki | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -4,007.35 |
| Check | 01/04/2019 | | Corynne Carranza | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -83.49 |
| Check | 01/04/2019 | | Alexander Chase | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -599.67 |
| Check | 01/04/2019 | | Austin Fleming | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -730.04 |
| Check | 01/04/2019 | | John Kelsey | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -947.01 |
| Check | 01/04/2019 | | Lyubomir Chirkov | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,777.98 |
| Check | 01/04/2019 | | Daniel Clark | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,578.08 |
| Check | 01/04/2019 | | Teresa S. Moyet | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,779.23 |
| Check | 01/04/2019 | | Gerald Nolan | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -873.49 |
| Check | 01/04/2019 | | Ian O'Brien | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,824.74 |
| Check | 01/04/2019 | | Samuel Parker | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,057.88 |
| Check | 01/04/2019 | | Victoria Riancho | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -913.25 |
| Check | 01/04/2019 | | Alexis Riancho | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -2,157.69 |
| Check | 01/04/2019 | | Alexis Rossi | Direct Deposit 2 | | | -SPLIT- | -250.00 |
| Check | 01/04/2019 | | Kelsey Saunders | Pay Period: 12/22/2018-01/04/2019 | | | 10000 · CenterState Operating-150058422 | -587.00 |
| Check | 01/04/2019 | | Clara Teifer | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,090.65 |
| Check | 01/04/2019 | | Keith Arnold | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -4,777.85 |
| Check | 01/04/2019 | | Elizabeth Flores | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -1,813.11 |
| Check | 01/04/2019 | | Elisabeth A. Franklin | Pay Period: 12/22/2018-01/04/2019 | | | -SPLIT- | -3,290.51 |

| Type | Date | Num | Name | Memo | | Account | Amount |
|---|---|---|---|---|---|---|---|
| Check | 01/04/2019 | EFT | Justin Taylor | Pay Period: 12/22/2018-01/04/2019 | | -SPLIT- | -1,298.52 |
| Check | 01/07/2019 | Online Pmt | Life in Progress | January 2019 | | 12500 - Due To/ From Life in Progress | -15,000.00 |
| Check | 01/08/2019 | Online Pmt | Wex Bank | December 2018 | | 60270 - Fuel & Maintenance | -388.66 |
| Check | 01/09/2019 | 5582 | Tax Collector, Palm Beach County | 2019 Multiple Registrations | | 60280 - Auto License & Registration | -488.90 |
| Check | 01/09/2019 | Online Pmt | American Express 83009 | January 2018 | | 21000 - American Express Blue - 83009 | -3,577.00 |
| Check | 01/10/2019 | Online Pmt | Amtrust | January 2018 | | 63300 - Insurance Expense | -1,642.00 |
| Check | 01/10/2019 | Online Pmt | Ford Credit | 2017 Ford Escape Lease | | 12540 - Due To/ From LOP/LIP - NJ | -674.10 |
| Check | 01/11/2019 | Online Pmt | Windstream | Memo:ANDREW MAGGIORE-41002 | | 21100 - American Express Gold - 41002 | -4,674.45 |
| Check | 01/11/2019 | Online Pmt | Chase | January 2018 | | 68100 - Telephone Expense | -34.34 |
| Check | 01/14/2019 | Online Pmt | CenterState Bank | January 2019 | | 23000 - Chase Visa - 2340 | -843.00 |
| Check | 01/17/2019 | 5807 | Ms. Sarah Babaa | Wire Transfer Fee | | 65400 - Bank Service Charges | -15.00 |
| Bill Pmt -Check | 01/18/2019 | 5808 | DEX Imaging | Reimbursement for Office Supplies/ Used her personal card | | 20000 - Accounts Payable | -148.19 |
| Bill Pmt -Check | 01/18/2019 | 5809 | Sachs Sax Caplan Attorneys at Law | DX19801-04 | | 20000 - Accounts Payable | -63.69 |
| Bill Pmt -Check | 01/18/2019 | 5810 | Crystal Building Maintenance | 146572 | | 20000 - Accounts Payable | -398.55 |
| Bill Pmt -Check | 01/18/2019 | 5811 | Need Paper & Supplies | January 2019 | | 20000 - Accounts Payable | -2,027.65 |
| Bill Pmt -Check | 01/18/2019 | 5812 | South Florida Psychiatric Services, Inc. | 0006272 | | 20000 - Accounts Payable | -668.15 |
| Bill Pmt -Check | 01/18/2019 | 5813 | ULINE | November 2018 Services | | 20000 - Accounts Payable | -5,775.00 |
| Bill Pmt -Check | 01/18/2019 | 5814 | Chase | 11017101 | | 20000 - Accounts Payable | -189.92 |
| Bill Pmt -Check | 01/18/2019 | 5815 | Total Compliance Network | November & December 2018 | | 20000 - Accounts Payable | -145.00 |
| Bill Pmt -Check | 01/18/2019 | 5816 | Comcast | Acct# 8535-11-427-0721098 | | 20000 - Accounts Payable | -435.03 |
| Bill Pmt -Check | 01/18/2019 | 5818 | Boca IR & D Project 7 LLC | | | 20000 - Accounts Payable | -25,000.00 |
| Check | 01/18/2019 | | Keith Arnold | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -8,175.80 |
| Check | 01/18/2019 | | Sarah Babaa | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -2,633.09 |
| Check | 01/18/2019 | | Vincent Baker-Drago | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,051.43 |
| Check | 01/18/2019 | | Brian R. Biglin | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -717.23 |
| Check | 01/18/2019 | | Deena Brady | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,396.36 |
| Check | 01/18/2019 | | Deena Brady | Direct Deposit 2 | ✓ | 10000 - CenterState Operating-150058422 | -475.00 |
| Check | 01/18/2019 | | Andrew U. Burki | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -4,026.25 |
| Check | 01/18/2019 | | Coryme Carranza | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -83.48 |
| Check | 01/18/2019 | | Alexander Chase | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -599.68 |
| Check | 01/18/2019 | | Lyubomir Chirkov | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,778.00 |
| Check | 01/18/2019 | | Daniel Clark | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,578.07 |
| Check | 01/18/2019 | | Claire Condon | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,824.75 |
| Check | 01/18/2019 | | Kerry Coyle | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -4,318.26 |
| Check | 01/18/2019 | | Nicholas Davis | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -609.62 |
| Check | 01/18/2019 | | Austin Fleming | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -897.37 |
| Check | 01/18/2019 | | Elizabeth Flores | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,813.12 |
| Check | 01/18/2019 | | Elizabeth A. Franklin | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -3,290.51 |
| Check | 01/18/2019 | | Sarah Hindes | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -990.74 |
| Check | 01/18/2019 | | John Kelsey | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -736.15 |
| Check | 01/18/2019 | | Teresa S. Moyet | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -2,155.38 |
| Check | 01/18/2019 | | Gerald Nolan | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -915.37 |
| Check | 01/18/2019 | | Ian O'Brien | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -929.23 |
| Check | 01/18/2019 | | Samuel Parker | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -735.82 |
| Check | 01/18/2019 | | Victoria Riancho | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -934.92 |
| Check | 01/18/2019 | | Alexis Rossi | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -2,157.70 |
| Check | 01/18/2019 | | Alexis Rossi | Direct Deposit 2 | ✓ | 10000 - CenterState Operating-150058422 | -250.00 |
| Check | 01/18/2019 | | Kelsey Saunders | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -117.77 |
| Check | 01/18/2019 | | Claire Teller | Pay Period: 01/05/2019-01/18/2019 | ✓ | -SPLIT- | -1,090.65 |

| Type | Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| Check | 01/22/2019 | Online Pmt | American Express 63009 | January 2019 | 21000 · American Express Blue - 63009 | -3,217.00 |
| Check | 01/22/2019 | Online Pmt | Ally Financial | January 2019 | -SPLIT- | -791.85 |
| Bill Pmt -Check | 01/23/2019 | 5819 | Ms. Sofia Moyet | Reimbursement for Auto Registration Renewal | -SPLIT- | -105.00 |
| Bill Pmt -Check | 01/23/2019 | 5818 | AT & T | Acct# 287253546627 - Wireless | -SPLIT- | -732.75 |
| Bill Pmt -Check | 01/23/2019 | 5820 | Lila Photo | 14 Headshots Photos | -SPLIT- | -1,925.00 |
| Bill Pmt -Check | 01/23/2019 | 5821 | FP&L | January 2019 | 20000 · Accounts Payable | -342.19 |
| Check | 01/24/2019 | 5822 | Tax Collector, Palm Beach County | Platel GYVL140 00SRGS - 2017 BMW Blk | 20000 · Accounts Payable | -116.10 |
| Bill Pmt -Check | 01/29/2019 | | AT & T | January 2019 | 20000 · Accounts Payable | -595.17 |
| Check | 01/31/2019 | Online Pmt | FP&L | January 2019 | 68000 · Utilities | -407.35 |
| Check | 01/31/2019 | Online Pmt | AT & T | January 2019 | 68100 · Telephone Expense | -1,145.40 |
| Check | 01/31/2019 | PR Item | Keith Arnold | Direct Deposit 2 | 66020 · Wages | -6,038.38 |
| Check | 02/01/2019 | | Sarah Babaa | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -2,633.11 |
| Check | 02/01/2019 | | Vincent Baker-Drago | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -92.30 |
| Check | 02/01/2019 | | Brian R. Bigin | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -912.32 |
| Check | 02/01/2019 | | Deena Brady | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,598.35 |
| Check | 02/01/2019 | | Deena Brady | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | 475.00 |
| Check | 02/01/2019 | | Andrew U. Burki | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -4,008.25 |
| Check | 02/01/2019 | | Corynne Carranza | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -83.49 |
| Check | 02/01/2019 | | Alexander Chase | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -955.38 |
| Check | 02/01/2019 | | Lyubomir Chinkov | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,777.98 |
| Check | 02/01/2019 | | Daniel Clark | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,578.08 |
| Check | 02/01/2019 | | Claire Condon | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,824.74 |
| Check | 02/01/2019 | | Kerry Coyle | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -4,318.26 |
| Check | 02/01/2019 | | Austin Fleming | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -539.28 |
| Check | 02/01/2019 | | Elizabeth Flores | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,813.11 |
| Check | 02/01/2019 | | Elisabeth A. Franklin | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -3,290.51 |
| Check | 02/01/2019 | | Sarah Hirdes | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -2,157.69 |
| Check | 02/01/2019 | | John Kelsey | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -642.95 |
| Check | 02/01/2019 | | Michael A. Levine | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -761.92 |
| Check | 02/01/2019 | | Teresa S. Moyet | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -961.77 |
| Check | 02/01/2019 | | Ian O'Brien | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -2,155.39 |
| Check | 02/01/2019 | | Samuel Parker | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -2,156.56 |
| Check | 02/01/2019 | | Victoria Piancho | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -738.14 |
| Check | 02/01/2019 | | Alexis Rossi | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,882.56 |
| Check | 02/01/2019 | | Alexis Rossi | Direct Deposit 2 | 10000 · CenterState Operating-150058422 | -250.00 |
| Check | 02/01/2019 | | Claire Teifer | Pay Period: 01/19/2019-02/01/2019 | -SPLIT- | -1,060.65 |
| Check | 02/06/2019 | Online Pmt | Ford Credit | February 2019 | 60250 · Auto Finance | -656.75 |
| Check | 02/06/2019 | Online Pmt | BMW Financial Services | February 2019 | 60210 · Auto Leasing | -819.67 |
| Check | 02/06/2019 | Online Pmt | BMW Financial Services | February 2019 | -SPLIT- | -1,083.91 |
| Check | 02/06/2019 | Online Pmt | Authorize.Net | January 2019 | 58000 · Credit Card Processing Fees | -25.00 |
| Check | 02/06/2019 | Online Pmt | Life in Progress | February 2019 | 12800 · Due To/ From Life in Progress | -20,000.00 |
| Check | 02/06/2019 | Online Pmt | Wex Bank | February 2019 | 60270 · Fuel & Maintenance | -398.46 |
| Bill Pmt -Check | 02/08/2019 | 5835 | Blue Cross and Blue Shield of Florida | February 2019 | 20000 · Accounts Payable | -240.00 |
| Bill Pmt -Check | 02/08/2019 | 5839 | Ms. Deena Brady | Teresa Sofia Moyet - Contract # H25994594 Partial Payment | 20000 · Accounts Payable | -62.53 |
| Bill Pmt -Check | 02/08/2019 | 5849 | Ms. Kerry Coyle | Office Expense Reimbursement | 20000 · Accounts Payable | -56.26 |
| Bill Pmt -Check | 02/08/2019 | 5834 | Seahorse Therapies, LLC | Expense Reimbursement | 20000 · Accounts Payable | -650.00 |
| Bill Pmt -Check | 02/08/2019 | 5832 | Sana Counseling, LLC | February 2019 | 20000 · Accounts Payable | -800.00 |
| Bill Pmt -Check | 02/08/2019 | 5831 | Mulford Consulting LLC | January 2019 Group - 16 hrs. | 20000 · Accounts Payable | -1,100.00 |
| Bill Pmt -Check | 02/08/2019 | 5830 | LG Nutrition LLC | 1/15/19 & 1/29/19 Nutrition Group | 20000 · Accounts Payable | -317.04 |

| Type | Date | Num | Name | Memo | Account | Paid Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 02/08/2019 | 5829 | Kristin V. Altonito | January 2019 Group - 16 hrs. | 20000 · Accounts Payable | -880.00 |
| Bill Pmt -Check | 02/08/2019 | 5837 | KiPU Systems | January 2019 | 20000 · Accounts Payable | -1,250.00 |
| Check | 02/11/2019 | Online Pmt | Amtrust | February 2019 | 63300 · Insurance Expense | -1,642.00 |
| Check | 02/11/2019 | Online Pmt | Chase | February 2019 | 23000 · Chase Visa - 2340 | -971.00 |
| Check | 02/11/2019 | Online Pmt | Windstream | February 2019 | 68100 · Telephone Expense | -34.39 |
| Check | 02/14/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 60400 · Bank Service Charges | -15.00 |
| Check | 02/15/2019 | | Keith Arnold | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -6,038.38 |
| Check | 02/15/2019 | | Sarah Babaa | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -2,633.10 |
| Check | 02/15/2019 | | Vincent Baker-Drago | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,050.13 |
| Check | 02/15/2019 | | Brian R. Bigin | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -917.90 |
| Check | 02/15/2019 | | Deena Brady | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,396.36 |
| Check | 02/15/2019 | | Deena Brady | Direct Deposit 2 | 10000 · CenterState Operating-150058422 | -475.00 |
| Check | 02/15/2019 | | Andrew U. Burki | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -4,026.25 |
| Check | 02/15/2019 | | Corynne Carranza | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -83.49 |
| Check | 02/15/2019 | | Alexander Chase | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,060.04 |
| Check | 02/15/2019 | | Lyubomir Chirkov | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,777.99 |
| Check | 02/15/2019 | | Daniel Clark | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,578.07 |
| Check | 02/15/2019 | | Claire Condon | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,824.73 |
| Check | 02/15/2019 | | Kerry Coyle | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -4,316.26 |
| Check | 02/15/2019 | | Elizabeth Flores | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,813.12 |
| Check | 02/15/2019 | | Elisabeth A. Franklin | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -3,290.52 |
| Check | 02/15/2019 | | Sarah Hirdes | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,882.55 |
| Check | 02/15/2019 | | Michael A. Levine | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -2,155.56 |
| Check | 02/15/2019 | | Teresa S. Moyet | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -2,155.40 |
| Check | 02/15/2019 | | Ian O'Brien | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -925.79 |
| Check | 02/15/2019 | | Samuel Parker | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,225.61 |
| Check | 02/15/2019 | | Victoria Riancho | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,045.09 |
| Check | 02/15/2019 | | Alexis Rossi | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -2,157.69 |
| Check | 02/15/2019 | | Alexis Rossi | Direct Deposit 2 | 10000 · CenterState Operating-150058422 | -250.00 |
| Check | 02/15/2019 | | Clara Teller | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -1,090.64 |
| Check | 02/15/2019 | | Staci Morey | Pay Period: 02/02/2019-02/15/2019 | -SPLIT- | -205.13 |
| Check | 02/20/2019 | Online Pmt | FP&L | February 2019 | 68000 · Utilities | -279.54 |
| Check | 02/21/2019 | Online Pmt | FP&L | February 2019 | -SPLIT- | -791.85 |
| Check | 02/25/2019 | Online Pmt | Aliy Financial | February 2019 | -SPLIT- | -914.12 |
| Check | 02/26/2019 | Online Pmt | BMW Financial Services | February 2019 | 69000 · Utilities | -539.80 |
| Check | 02/27/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 60400 · Bank Service Charges | -15.00 |
| Check | 02/28/2019 | | AT & T | February 2019 | 68100 · Telephone Expense | -372.63 |
| Check | 03/01/2019 | | Keith Arnold | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -6,038.38 |
| Check | 03/01/2019 | | Sarah Babaa | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -2,633.10 |
| Check | 03/01/2019 | | Vincent Baker-Drago | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,055.03 |
| Check | 03/01/2019 | | Brian R. Bigin | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -899.00 |
| Check | 03/01/2019 | | Deena Brady | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,396.36 |
| Check | 03/01/2019 | | Deena Brady | Direct Deposit 2 | 10000 · CenterState Operating-150058422 | -475.00 |
| Check | 03/01/2019 | | Andrew U. Burki | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -5,386.86 |
| Check | 03/01/2019 | | Corynne Carranza | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -83.48 |
| Check | 03/01/2019 | | Alexander Chase | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,000.64 |
| Check | 03/01/2019 | | Lyubomir Chirkov | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,777.99 |
| Check | 03/01/2019 | | Daniel Clark | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,578.08 |
| Check | 03/01/2019 | | Claire Condon | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,824.75 |

| Type | Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| Check | 03/01/2019 | | Kerry Coyle | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -4,318.26 |
| Check | 03/01/2019 | | Elizabeth Flores | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,813.10 |
| Check | 03/01/2019 | | Elisabeth A. Franklin | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -3,290.50 |
| Check | 03/01/2019 | | Sarah Hindes | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -64.12 |
| Check | 03/01/2019 | | Michael A. Levine | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -1,888.55 |
| Check | 03/01/2019 | | Teresa S. Moyet | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -2,156.55 |
| Check | 03/01/2019 | | Ian O'Brien | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -2,155.59 |
| Check | 03/01/2019 | | Samuel Parker | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -929.23 |
| Check | 03/01/2019 | | Victoria Rlancho | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -966.26 |
| Check | 03/01/2019 | | Alexis Rossi | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -927.59 |
| Check | 03/01/2019 | | Alexis Rossi | Pay Period: 02/16/2019-03/01/2019 | -SPLIT- | -2,157.69 |
| Check | 03/01/2019 | | Claire Teller | Direct Deposit 2 | 10000 - CenterState Operating-150058422 | -250.00 |
| Bill Pmt -Check | 03/01/2019 | 5851 | AT & T | Pay Period: 02/16/2019-03/01/2019 | 20000 - Accounts Payable | -1,110.03 |
| Check | 03/01/2019 | | Ford Credit | Acct# 561-299-3769 | -SPLIT- | -425.91 |
| Check | 03/04/2019 | | Alexander Chase | March 2019 2017 Ford Escape Lease | 12540 - Due To/ From LOP/LIP - NJ | -656.75 |
| Check | 03/01/2019 | Online Pmt | Authorize.Net | March 2019 | 58000 - Credit Card Processing Fees | -25.00 |
| Check | 03/04/2019 | Online Pmt | American Express 63009 | March 2019 | 21000 - American Express Blue - 63009 | -3,000.00 |
| Check | 03/05/2019 | Online Pmt | American Express 41002 | March 2019 - Made by APM | 21100 - American Express Gold - 41002 | -12,517.57 |
| Check | 03/05/2019 | EFT | Life in Progress | Life in Progress | 12600 - Due To/ From Life in Progress | -5,000.00 |
| Check | 03/05/2019 | Certified | Arizona State Corp | Petty Cash | 66050 - Taxes | -212.80 |
| Check | 03/05/2019 | Petty Cash | Petty Cash | March 2019 | 67000 - Petty Cash | -500.00 |
| Check | 03/06/2019 | Online Pmt | Wex Bank | NSF Fee | 60270 - Fuel & Maintenance | -354.49 |
| Check | 03/06/2019 | Online Pmt | CenterState Bank | NSF Fee | 64000 - Bank Service Charges | -35.00 |
| Check | 03/07/2019 | Online Pmt | CenterState Bank | NSF Fee | 64000 - Bank Service Charges | -175.00 |
| Check | 03/08/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 64000 - Bank Service Charges | -15.00 |
| Check | 03/11/2019 | EFTPS | IRS | Federal Taxes (941/944) Tax Payment for 2019 Qtr 1 | 25010 - Federal Taxes (941/944) | -17,442.11 |
| Check | 03/11/2019 | EFT | Amtrust | March 2019 | 63300 - Insurance Expense | -1,642.00 |
| Check | 03/11/2019 | Online Pmt | IRS | IRS Notice of Levy Cashier Chk# 79317 | 25010 - Federal Taxes (941/944) | -3,603.82 |
| Check | 03/12/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 64000 - Bank Service Charges | -15.00 |
| Check | 03/12/2019 | Online Pmt | American Express 63009 | March 2019 | 21100 - American Express Gold - 41002 | -2,606.00 |
| Check | 03/13/2019 | Online Pmt | American Express 41002 | March 2019 | 68100 - Telephone Expense | -3,000.00 |
| Check | 03/13/2019 | Online Pmt | Windstream | 2017 Ford Escape Lease | 12540 - Due To/ From LOP/LIP - NJ | -34.39 |
| Check | 03/14/2019 | EFT | Ford Credit | Wire Transfer Fee | 25010 - Federal Taxes (941/944) | -979.05 |
| Check | 03/14/2019 | Online Pmt | IRS | Life in Progress | 12600 - Due To/ From Life in Progress | -14,134.94 |
| Check | 03/15/2019 | EFT | Infinity Behavioral Health | Wire Transfer Fee | 64010 - Billing Services | -10,000.00 |
| Check | 03/15/2019 | Online Pmt | CenterState Bank | Federal Taxes (941/944) Tax Payment for 2019 Qtr 1 | 60400 - Bank Service Charges | -7,500.00 |
| Check | 03/18/2019 | EFTPS | IRS | Wire Transfer Fee | 25010 - Federal Taxes (941/944) | -34,819.90 |
| Check | 03/18/2019 | Online Pmt | CenterState Bank | Wire Out | 60400 - Bank Service Charges | -25.00 |
| Check | 03/19/2019 | EFT | City Line | Wire Transfer Fee | 12550 - Due To/ From City Line | -10,000.00 |
| Check | 03/20/2019 | Online Pmt | CenterState Bank | Federal Taxes (941/944) Tax Payment for 2019 Qtr 1 | 60400 - Bank Service Charges | -15.00 |
| Check | 03/20/2019 | EFTPS | IRS | March 2019 | 25010 - Federal Taxes (941/944) | -25.00 |
| Check | 03/21/2019 | EFTPS | Ally Financial | Acct# 8535-11-427-0727098 | -SPLIT- | -791.85 |
| Bill Pmt -Check | 03/21/2019 | 5852 | AT & T | Teresa Sofia Moyet - Contract # H25994594 Partial Payment | 20000 - Accounts Payable | -206.00 |
| Bill Pmt -Check | 03/22/2019 | 5853 | Blue Cross and Blue Shield of Florida | Acct# 561-299-3769 | 20000 - Accounts Payable | -360.00 |
| Bill Pmt -Check | 03/22/2019 | 5854 | Comcast | | 20000 - Accounts Payable | -414.17 |
| Bill Pmt -Check | 03/22/2019 | 5855 | Crystal Building Maintenance | March 2019 | 20000 - Accounts Payable | -2,027.65 |
| Bill Pmt -Check | 03/22/2019 | 5857 | Maltech Security Systems, Inc. | 18457492 - March-May 2019 | 20000 - Accounts Payable | -179.06 |
| Bill Pmt -Check | 03/22/2019 | 5858 | Mulford Consulting LLC | February 2019 Group | 20000 - Accounts Payable | -950.00 |
| Bill Pmt -Check | 03/22/2019 | 5859 | Sana Counseling LLC | February 2019 Group | 20000 - Accounts Payable | -600.00 |

| Type | Date | Num | Name | Memo | Account | Amount |
|---|---|---|---|---|---|---|
| Bill Pmt -Check | 03/22/2019 | 5861 | Seahorse Therapies, LLC | March 2019 | 20000 · Accounts Payable | -650.00 |
| Bill Pmt -Check | 03/22/2019 | 5864 | Kristin V. Altonto | February 2019 Group | 20000 · Accounts Payable | -495.00 |
| Bill Pmt -Check | 03/22/2019 | 5865 | Recover Adventures LLC | Lake Ida Intro to Paddle (7 Clients) | 20000 · Accounts Payable | -224.70 |
| Bill Pmt -Check | 03/22/2019 | 5867 | Kandice Farias | | 20000 · Accounts Payable | -284.66 |
| Bill Pmt -Check | 03/22/2019 | 5868 | LG Nutrition LLC | Nutrition Group | 20000 · Accounts Payable | -386.00 |
| Check | 03/22/2019 | EFT | Boca R & D Project 7 LLC | | 20000 · Accounts Payable | -20,000.00 |
| Bill Pmt -Check | 03/25/2019 | 5875 | Lissa Franklin | Mileage reimbursement | 20000 · Accounts Payable | -392.73 |
| Check | 03/25/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 60400 · Bank Service Charges | -25.00 |
| Check | 03/25/2019 | Online Pmt | FP&L | March 2019 | 68000 · Utilities | -375.17 |
| Check | 03/26/2019 | 5877 | Keith Arnold | NSF Fee | -SPLIT- | -6,098.38 |
| Check | 03/25/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 60400 · Bank Service Charges | -15.00 |
| Bill Pmt -Check | 03/27/2019 | 5876 | Florida Department of Revenue | FEIN 45-4472481 Periods: 6/18, 9/18 & 12/18 RT Acct# 3150186 Bus# 4046669 | 20000 · Accounts Payable | -9,517.57 |
| Bill Pmt -Check | 03/27/2019 | 5874 | Lissa Franklin | Mileage reimbursement | 20000 · Accounts Payable | -666.12 |
| Bill Pmt -Check | 03/27/2019 | 5873 | Lissa Franklin | Mileage reimbursement | 20000 · Accounts Payable | -15.00 |
| Bill Pmt -Check | 03/27/2019 | 5872 | Lissa Franklin | Mileage reimbursement | 20000 · Accounts Payable | -126.39 |
| Bill Pmt -Check | 03/27/2019 | 5871 | AT & T | Acct# 287253546627 - Wireless | 20000 · Accounts Payable | -850.47 |
| Check | 03/26/2019 | Online Pmt | Chase | March 2019 | 25000 · Chase Visa - 2340 | -1,997.00 |
| Check | 03/26/2019 | Online Pmt | American Express 41002 | March 2019 | 21100 · American Express Gold - 41002 | -2,633.10 |
| Check | 03/28/2019 | Online Pmt | CenterState Bank | | 60400 · Bank Service Charges | -35.00 |
| Check | 03/29/2019 | 5878 | Sarah Babaa | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,059.46 |
| Check | 03/29/2019 | 5879 | Vincent Baker-Drago | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -813.00 |
| Check | 03/29/2019 | 5880 | Brian R. Bigin | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,871.37 |
| Check | 03/29/2019 | | Deena Brady | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -4,026.25 |
| Check | 03/29/2019 | | Andrew U. Burki | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -83.49 |
| Check | 03/29/2019 | | Corynne Carranza | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,058.88 |
| Check | 03/29/2019 | 5881 | Alexander Chase | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,777.98 |
| Check | 03/29/2019 | | Lyubomir Chinkov | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,578.09 |
| Check | 03/29/2019 | | Daniel Clark | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,824.74 |
| Check | 03/29/2019 | 5882 | Claire Condon | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -4,318.25 |
| Check | 03/29/2019 | | Kerry Coyle | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,813.12 |
| Check | 03/29/2019 | | Elizabeth Flores | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -3,290.51 |
| Check | 03/29/2019 | | Elizabeth A. Franklin | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,882.55 |
| Check | 03/29/2019 | 5883 | Sarah Hindes | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -2,156.56 |
| Check | 03/29/2019 | | Michael A. Levine | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -2,155.39 |
| Check | 03/29/2019 | 5884 | Teresa S. Moyet | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -918.44 |
| Check | 03/29/2019 | | Ian O'Brien | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -938.60 |
| Check | 03/29/2019 | | Samuel Parker | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -393.41 |
| Check | 03/29/2019 | 5885 | Victoria Riancho | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -2,407.69 |
| Check | 03/29/2019 | 5886 | Alexis Rossi | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -1,110.02 |
| Check | 03/29/2019 | 5887 | Claire Teifer | Pay Period: 03/16/2019-03/29/2019 | -SPLIT- | -750.00 |
| Bill Pmt -Check | 03/29/2019 | 5888 | Andrew U. Burki | 3/29/19 Car Allowance | 20000 · Accounts Payable | -4,026.25 |
| Bill Pmt -Check | 04/01/2019 | 5889 | Blue Cross and Blue Shield of Florida | March 2019 | 20000 · Accounts Payable | -240.00 |
| Bill Pmt -Check | 04/01/2019 | Online Pmt | AT & T | Teresa Sofia Moyet - Contract # H2599-4594 Partial Payment | 68100 · Telephone Expense | -376.23 |
| Check | 04/01/2019 | Online Pmt | Ford Credit | April 2019 2017 Ford Escape Lease | 12540 · Due To/ From LOP/LIP - NJ | -656.75 |
| Check | 04/02/2019 | Online Pmt | CenterState Bank | CC Process Fee | 60400 · Bank Service Charges | -25.00 |
| Check | 04/04/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 60400 · Bank Service Charges | -15.00 |

| Type | Date | Num | Name | Memo | Account | Amount |
|------|------|-----|------|------|---------|--------|
| Check | 04/08/2019 | Online Pmt | Wex Bank | April 2019 | 60270 · Fuel & Maintenance | -467.04 |
| Check | 04/10/2019 | 5890 | Julie Reinoso | Reimbursement - Isabella Reinoso | 46000 · Refunds | -8,000.00 |
| Check | 04/10/2019 | 5891 | LG Nutrition LLC | 2/12/19 thru 3/26/2019 | 53300 · Medical Fees | -326.00 |
| Check | 04/10/2019 | Online Pmt | Amtrust | April 2019 | 63300 · Insurance Expense | -1,642.00 |
| Check | 04/11/2019 | Online Pmt | CenterState Bank | Wire Transfer Fee | 60400 · Bank Service Charges | -15.00 |
| Check | 04/11/2019 | Online Pmt | CenterState Bank | Stop Payment Fee | 60400 · Bank Service Charges | -16.00 |
| Check | 04/11/2019 | Online Pmt | Windstream | April 2019 | 68100 · Telephone Expense | -34.39 |
| Check | 04/12/2019 | 5892 | Keith Arnold | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -6,982.43 |
| Check | 04/12/2019 | 5893 | Sarah Babaa | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -2,633.11 |
| Check | 04/12/2019 | 5894 | Vincent Baker-Chago | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,032.91 |
| Check | 04/12/2019 | 5895 | Brian R. Biglin | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,871.35 |
| Check | 04/12/2019 | 5896 | Deena Brady | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -895.30 |
| Check | 04/12/2019 | 5897 | Andrew U. Burki | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -4,036.26 |
| Check | 04/12/2019 | 5898 | Corynne Carranza | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -83.48 |
| Check | 04/12/2019 | 5899 | Alexander Chase | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,056.95 |
| Check | 04/12/2019 | 5900 | Lyubomir Chirkov | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,777.99 |
| Check | 04/12/2019 | 5901 | Daniel Clark | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,578.07 |
| Check | 04/12/2019 | 5902 | Claire Cordon | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,824.75 |
| Check | 04/12/2019 | 5903 | Kerry Coyle | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -4,318.26 |
| Check | 04/12/2019 | 5904 | Elizabeth Flores | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,813.11 |
| Check | 04/12/2019 | 5905 | Elisabeth A. Franklin | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -3,290.51 |
| Check | 04/12/2019 | 5906 | Sarah Hindes | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,882.56 |
| Check | 04/12/2019 | 5907 | Michael A. Levine | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -2,770.31 |
| Check | 04/12/2019 | 5908 | Ian O'Brien | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -930.14 |
| Check | 04/12/2019 | 5909 | Samuel Parker | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -992.08 |
| Check | 04/12/2019 | 5910 | Alexis Rossi | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -2,407.68 |
| Check | 04/12/2019 | 5911 | Claire Teller | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -1,110.03 |
| Check | 04/12/2019 | 5912 | Brianna Wilcox | Pay Period: 03/30/2019-04/12/2019 | -SPLIT- | -444.53 |

-620,568.25

**"SOFA 9"**
**Charitable Contributions**

3:56 PM
04/20/19
Accrual Basis

## Life of Purpose
### Transaction Detail By Account
### January 2017 through April 2019

| Type | Date | Num | Name | Memo | Class | Clr | Split | Amount | Balance |
|---|---|---|---|---|---|---|---|---|---|
| **61800 · Donation, Charity & Sponsorship** | | | | | | | | | |
| Bill | 01/04/2017 | Clean Break 2017 | Clean Break Inc. | Clean Break 2017 - Event Sponsor | | | 20000 · Accounts Payable | 3,000.00 | 3,000.00 |
| Bill | 01/04/2017 | Inv# 615-77499-0117 | Florida Atlantic Sports Properties, LLC | Contract 615-77499 | | | 20000 · Accounts Payable | 3,250.00 | 6,250.00 |
| Bill | 01/18/2017 | SK2017-106 | ARHE, Inc | 2017 ARHE Skkathon Event - Founding Sponsor | | | 20000 · Accounts Payable | 10,000.00 | 16,250.00 |
| Bill | 03/02/2017 | Inv# 615-77499-0317 | Florida Atlantic Sports Properties, LLC | Contract 615-77499 | | | 20000 · Accounts Payable | 3,250.00 | 19,500.00 |
| Bill | 03/07/2017 | 1001 | University of Florida | Evening for Collegiate Recovery - May 1, 2017 | | | 20000 · Accounts Payable | 6,000.00 | 25,500.00 |
| Credit Card Charge | 03/24/2017 | | Baldos | ANDREW MAGISIONE-41002-CH., J.NAVIZ.KA 435 Amex Blue - 63009 A. Maigrove - Blue 61002 | | | 21100 · American Express Gold - 41002 | 15.00 | 25,515.00 |
| Credit Card Charge | 04/06/2017 | | FAU Foundation, Inc. | SARAH BABIAA 41077-385592422 5612972891 | Amex Gold - 41002 S. Babaa - Gold 41077 | | 21100 · American Express Gold - 41002 | 500.00 | 26,015.00 |
| Credit Card Charge | 04/10/2017 | No. 2017-LOP1 | UNT Dept. of Disability & Addiction Rehab | 2017 UNTIC Platinum Underwriter Sponsorship | | | 20000 · Accounts Payable | 0.00 | 26,015.00 |
| Bill | 05/01/2017 | Inv# 14 | ARHE, Inc | The 9th National Collegiate Recovery & 16th National ARS Conferences | | | 20000 · Accounts Payable | 10,000.00 | 36,015.00 |
| Bill | 05/11/2017 | 100 | One Step At a Time | Event Sponsor | | | 20000 · Accounts Payable | 500.00 | 36,515.00 |
| Bill | 05/11/2017 | 5/11/2017 | The Crossroads Club | 2017 Crossroads Golf Tournament (1) Hole Sponsorship | | | 20000 · Accounts Payable | 150.00 | 36,665.00 |
| Bill | 05/25/2017 | | GPAHE | 2017 Charitable donation to The Bridge Way School | | | 20000 · Accounts Payable | 5,000.00 | 41,665.00 |
| Bill | 06/06/2017 | 0004355 | The Council of Southeast Pennsylvania Inc | PRO-ACT Recovery Walks! 2017 Silver Sponsorship | | | 20000 · Accounts Payable | 0.00 | 41,665.00 |
| Credit Card Charge | 08/05/2017 | CCA5 | | VERONICA AMARANTE-41051-04583 1318 402-93 Amex Gold - 41002 V. Amarante - Gold 41051 | | | 21100 · American Express Gold - 41002 | 250.00 | 41,915.00 |
| Bill | 10/24/2017 | i-34962 | Florida Atlantic Campus Recreation | October 2017 - 60 Memberships | | | 20000 · Accounts Payable | 1,284.00 | 43,199.00 |
| Bill | 10/24/2017 | 615-102435-1117 | Florida Atlantic Campus Recreation | Life of Purpose KR2-9601 | | | 20000 · Accounts Payable | 1,500.00 | 44,699.00 |
| Bill | 12/31/2017 | I-40528 | Florida Atlantic Campus Recreation | Nov & Dec 2017 - 45 Memberships | | | 20000 · Accounts Payable | 963.00 | 45,662.00 |
| General Journal | 12/31/2017 | NJ# 12/31/11 | | NJ Expenses @ 12/31/17 | | | 12540 · Due To/ From LOP/LIP - NJ | -5,000.00 | 40,662.00 |
| Bill | 01/12/2018 | January 2018 | | 2018 ARHE Student Leadership Sponsorship | | | 20000 · Accounts Payable | 5,000.00 | 45,662.00 |
| Bill | 03/02/2018 | Inv# 615-102435-0318 | Florida Atlantic Sports Properties, LLC | Contract 615-102433 | | | 20000 · Accounts Payable | 1,500.00 | 47,162.00 |
| Total 61800 · Donation, Charity & Sponsorship | | | | | | | | 47,162.00 | 47,162.00 |
| **TOTAL** | | | | | | | | 47,162.00 | 47,162.00 |

In re    Life of Purpose LLC _____    Case No. 19-12500(MDC)_____

                                                Debtor

                                                                        Chapter _____7_____

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF CORPORATION

        I, Drew Rothermel, Sole Member of the Debtor, declare under penalty of perjury that I have read
the foregoing Statement of Financial Affairs, and any attachments thereto, and that they are true and
correct to the best of my knowledge, information and belief.

                                        **LIFE OF PURPOSE LLC**

                                        By: _____
                                                Drew Rothermel, Sole Member

Dated: May 1, 2019

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | **CHAPTER 7** |
| | : | |
| **LIFE OF PURPOSE LLC** | : | **Bankruptcy No. 19-12500(MDC)** |
| **Debtor** | : | |
| | : | |

**RULE 2016(b) STATEMENT
OF ATTORNEY COMPENSATION**

Pursuant to 11 U.S.C. §329 and Rule of Bankruptcy Procedure 2016(b), the undersigned attorneys for Life of Purpose LLC (the "Debtor") in this case makes this statement setting forth the compensation paid to the undersigned for services rendered or to be rendered in contemplation of and in connection with the case by the undersigned, and the source of such compensation.

1.      The firm of Karalis PC ("KPC") has agreed to act as counsel on behalf of the Debtor and acknowledges the receipt of a retainer fee in the amount of $5,960.00 including the filing fee of $335.00. The retainer was paid on April 17, 2019 and funded by Oxford Finance LLC at the request of the Debtor.

2.      KPC received no other payments from the Debtor within one year prior to the Petition Date.

3.      KPC agreed to provide the Debtor with services including consultation concerning the filing of the bankruptcy case under Chapter 7 of the Bankruptcy Code, preparation of all pleadings necessary to commence the case, preparation of schedules, and attendance at the §341 meeting of creditors.

4.     KPC did not agree to represent the Debtor in any other matters which may arise in the case, including, but not limited to, examinations of any officer, director, member, employee, or other person of the Debtor under Bankruptcy Rule 2004.

5.     The undersigned has not shared or agreed to share any portion of such compensation with any other person who is not a member or regular associate of the undersigned's law firm.

**KARALIS PC**

By:___ /s/ Aris J. Karalis_____
         ARIS J. KARALIS
         Attorneys for the Debtor

Dated: May 1, 2019